United States District Court
For the State of Massachusetts

March 15, 2007

Eyidi Ambila A# 71 038 02
Petitioner

v.   **07 CA 10556 PBS**

Andrea J. Cabral (Sherriff)

MAGISTRATE JUDGE Alexander

### Emergency Petition for a writ of Habbeas Corpus under 28 U.S.C. Section 2241 for Declaration of United States Citizenship or National and Stay of Deportation and Release of Petitioner From Detention

I, hereby ask the Honorable Court to allow a stay of romoval in the following case that is currently pending the the Honorable Courts.

As grounds that the matter deals with a threat to my life and that I fall in the zone of protected interest because

1. All my family reside in the United States, and majority are citizen.

2. I fall under the zone of protected interest because I may be a citizen or national due to new found knowledge. I'v resided in the United States 18 years, all my family is here in the United States, either Citizens of France or the U.S. I Junior and Senior year I was in the custody of United States citizen Ruth Buzzel Kivela, and Dr. Cindy Robertson and Psychologist Robert Mclaughlin as stated in my file, most importantly because of my Fathers secret political activities. I have a child here by the name of Kobe Isaiah Bailey. I am married to Anna Faye Darby. I am culturally assimilated because I was raised by Americans all my life as I attended the Kurn Hattin Boarding School in Vermont, and the Goodwill Hinckley Boarding School in Hinckley Maine, I have no ties to the D.R.C.My Father filed for citizenship when I was under age and the Supreme court ruled that the mere filing of an application is the most compeling issue for citizenship.

3. In exstensive reviewing of the D.R.Congo country report, I 've come to the conclusion that because of the fact that my Father Mulume Victor Ambila was

classified as a reputable representative by the Board of Immigration Appeals, because he is

President of an organization recognized by the United Nations that is against the current government. And that we came to the United States and granted political asylum( see Victor Ambila Affidavit in file) because of my Fathers role against the Mobotu government, whose son still operate as PM of the current President Kabila. I would be interest in danger as clearly seen in country report Page 15, Lines 9-17, which states what happens to people with failed polical asylum issues in other countries or political dissidents. Along with the said Affidavit of my Grandparents in France who tell of my Grandfathers assasination which was a political message for him not to run for president. And this type of acts are also commonplace if you look in the country report Page 7, Lines 9-13, and it could only make you think what they would do to me if returned, while the ambassy here and the government abroad knows clrealy about my Fathers activities abroad.

4. Without any ties to the country, I would be considered a vagrant and upon review of the coutry report I classify as one if sent there, and vagrants are imprisoned and detained for unknown amounts of time, in prisons where torture is also commonplace and whose conditions are even deplorable by dogs.

5. And upon review and knew found knowledge the success of said petitioner getting the said CAT granted is well founded upon review.

Wherefore I ask the Honorable court to please grant the said petitioner the Stay of removal in the pending case.

Eyidi Ambila # 060359 2
SCHC   Unit 8-4
20 Bradston St.
Boston, MA 02118

Respectfully submitted,
Eyidi Ambila

## Certificate of Service

I, hereby certify that I mailed a copy of the for going motion for a Emergency Petition for writ of Heabbeas Corpus under 28U.S.C. Section 2241 for Declaration of United States Citizenship or National and Stay of Deportation and Release Of Petitioner From Detention on March 15, 2007, with enough postage on it via first class mail to the DHS/Ice Council at the following address;

DHS/Ice Council
John F. Kennedy Federal Building
15 New Sudbury Street
Boston, MA 02203

Respectfully Submitted,
Eyidi Ambila

A# 71 038 012